**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **IVAN PEREZ,** | ) |
| | ) |
|        **Petitioner,** | ) |
| | ) |
| v. | )    Case No. CIV-13-239-R |
| | ) |
| **WILLIAM MONDAY, Warden,** | ) |
| | ) |
|        **Respondent.** | ) |

## **ORDER**

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell. Doc. No. 6. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the 28 U.S.C. § 2241 petition of Ivan Perez for a writ of habeas corpus is DENIED.

IT IS SO ORDERED this 29th day of April, 2013

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE